CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6959
kelsey.davidson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIANO HERNANDEZ-HERNANDEZ,<br><br>Defendant. | Case No. 26-MJ-70979<br><br>**MOTION TO UNSEAL DOCKET AND ORDER** |

The United States of America, through undersigned counsel, respectfully moves this Court to unseal the docket in the above-captioned matter. On or about July 30, 2026, defendant Victoriano Hernandez-Hernandez was arrested and taken into federal custody. He is expected to make his initial appearance on the Complaint in this case in the Eastern District of California on July 31, 2026.

DATED: July 31, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey C. Davidson*
KELSEY C. DAVIDSON
Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

Based on the United States' motion, and good cause appearing, the Court ORDERS that the docket in the above-captioned matter be unsealed.

IT IS SO ORDERED.

DATED: August 6, 2026

HON. ~~PETER H. KANG~~ Thomas S. Hixson
United States Magistrate Judge